**Order entered July 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX AND LAURA FOX, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before the Court is appellant's July 16, 2019 motion for leave to file a supplemental brief to her amended brief. In her amended brief, appellant represents that the word count is 18,714, more than 3,000 words over the 15,000 word limit. *See* TEX. R. APP. P. 9.4(i)(2)(B). Accordingly, we **DENY** the motion.

Also before the Court is appellant's July 15, 2019 "Motion to Strike Appellees' Brief and to Reverse the Trial Court's Final Judgment Based on Appellees' Fraud and Appellant's Motion for Sanctions". We **DENY** the motion.

Pursuant to this Court's order dated January 23, 2019, appellees may file any amended brief **within thirty days** of the date of this order.

/s/   BILL WHITEHILL
        JUSTICE